# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 10-05036-01-CR-SW-RED |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 2250(a) |
| | ) | NMT 10 Years Imprisonment |
| v. | ) | NMT $250,000 Fine |
| | ) | NMT 3 Years Supervised Release |
| **ROBERT E. ALLEN,** | ) | Class C Felony |
| [DOB: 10-08-1965], | ) | |
| | ) | $100 Mandatory Special Assessment |
| Defendant. | ) | |
| | ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

On or between July 15, 2010 and August 17, 2010, in Stone and Jasper Counties, in the Western District of Missouri, and elsewhere, **ROBERT E. ALLEN**, defendant herein, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register or update a registration as required by the Sexual Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

**A TRUE BILL**

/s/
FOREPERSON OF THE GRAND JURY

*/s/ Gary K. Milligan*
Gary K. Milligan
Assistant United States Attorney

DATED:   9/1/10