IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA                Date: November 19, 2010

vs.                                     Case No. 10-5036-01-CR-S-RED

ROBERT E. ALLEN

Honorable Richard E. Dorr, presiding at Springfield, Missouri

Nature of Hearing: Change of Plea Hearing

Time Commenced: 10:13 A.M.     Time Terminated: 10:30 A.M.

APPEARANCES

Plaintiff's counsel: Jim Kelleher for Gary Milligan, AUSA
Defendant's counsel: Michelle Law, AFPD

Proceedings: Counsel appear as indicated above, dft in person. Dft duly sworn and answers questions propounded by the Court. Dft is advised of rights and pleads guilty to Count 1of the Indictment. The Court finds adequate factual basis for the plea of guilty and accepts the plea of guilty. Presentence Investigation Report ordered. No Plea Agreement filed. Dft remains in custody.

COURT REPORTER: Jeannine Rankin
COURTROOM DEPUTY: Karen Siegert
LAW CLERK: Jennifer Greenband